# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW V. SALINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>YOUNGBLOOD,<br><br>        Defendant. | Case No. 1:18-cv-00235-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

      Plaintiff Matthew V. Salinas ("Plaintiff") is a county detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2018, Plaintiff filed a complaint, together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

      Plaintiff's application to proceed in forma pauperis is incomplete. There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application as the instructions require, nor is the certificate portion of the form dated, signed, or filled-out by an authorized officer of the correctional institution.

      Plaintiff has attached a declaration to his application to proceed in forma pauperis stating that he has $0.52 in his inmate trust account and has maintained that balance for the prior six months. Plaintiff further states that he has tried to have jail officers certify and sign his

1

application, but it was never returned.  (ECF No. 2.)

Based on Plaintiff's application to proceed in forma pauperis and attached declaration, the Court finds that Plaintiff has made a good faith effort to complete his application.  However, the Court declines to grant Plaintiff's application to proceed in forma pauperis without a certified trust account statement.  Plaintiff must submit a completed form if he wishes for the application to be considered.

Based on Plaintiff's declaration, the Court finds it appropriate to grant Plaintiff additional time to file a completed application to proceed in forma pauperis, including a certified trust account statement.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 initial filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **February 21, 2018**          /s/ *Barbara A. McAuliffe*          
                                                           UNITED STATES MAGISTRATE JUDGE