1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ### EASTERN DISTRICT OF CALIFORNIA

10

11 | MATTHEW V. SALINAS, | Case No. 1:18-cv-00235-BAM (PC)

12 |         Plaintiff, | ORDER GRANTING MOTION TO AMEND (ECF No. 6)

13 |    v. |

14 | DONNY YOUNGBLOOD, | ORDER DENYING MOTION TO COMPEL AS MOOT (ECF No. 9)

15 |         Defendant. |

16 | | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

17 | | (ECF No. 8)

18 | | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY LERDO PRE-

19 | | TRIAL FACILITY

20

21

22 **I.     Background**

23       Plaintiff Matthew V. Salinas ("Plaintiff") is a county detainee proceeding pro se in this

24 civil rights action pursuant to 42 U.S.C. § 1983.

25       On February 16, 2018, Plaintiff filed an application to proceed in forma pauperis.  (ECF

26 No. 2.)  Plaintiff failed to attach a certified copy of his inmate trust account statement showing

27 transactions for the past six months, and failed to have an authorized officer of the institution of

28 incarceration complete the certification portion of the form.  The Court denied Plaintiff's motion

without prejudice and ordered Plaintiff to submit a completed application or pay the filing fee within forty-five (45) days.  (ECF No. 4.)

Currently before the Court are Plaintiff's motion to amend the complaint, first amended complaint, and motion to compel, filed on March 9, 2018, (ECF Nos. 6, 7, 9), as well as Plaintiff's renewed motion to proceed in forma pauperis, filed on March 12, 2018, (ECF No. 8).

## II.        Motion to Amend the Complaint

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a).  "Rule 15(a) is very liberal and leave to amend shall be freely given when justice so requires." AmerisourceBergen Corp. v. Dialysist West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (citation and quotation omitted).  However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile."  Id.

In his motion, Plaintiff simply requests leave to file a first amended complaint.  (ECF No. 6.)  The Court has considered the proposed amended complaint and finds that leave to amend should be granted.  In considering the relevant factors, the Court finds no evidence of prejudice, bad faith, undue delay in litigation, or futility.  Plaintiff's complaint has not yet been screened and no defendants have been served or have appeared in this action.  Accordingly, Plaintiff's motion to amend shall be granted.  Plaintiff's first amended complaint will be screened in due course.

## III.       Motion to Compel and Motion to Proceed In Forma Pauperis

In his motion to compel, Plaintiff states that he has repeatedly requested an inmate trust account statement.  However, Plaintiff argues that his requests have been misinterpreted by the law library staff as requests for state court fee waivers and the certification section of the in forma pauperis application has not been completed.  Plaintiff seeks a Court order directing the prison to comply with his requests for a trust account statement.  (ECF No. 9.)

///

On March 12, 2018, a renewed motion to proceed in forma pauperis was filed, apparently unbeknownst to Plaintiff. (ECF No. 8.) The certification portion has been completed and signed by an authorized officer of the Lerdo Max-Med Facility, and a copy of Plaintiff's "Resident Account Summary" reflecting his account balance for the prior six months is attached.

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted, and the motion to compel is denied as moot. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Sheriff of Lerdo Pre-Trial Facility is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

**IV. Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the complaint, (ECF No. 6), is GRANTED. Plaintiff shall file an amended complaint **within 30 days** of the date of service of this order;

2. Plaintiff's motion to compel, (ECF No. 9), is DENIED as moot;

3. Plaintiff's application to proceed in forma pauperis, (ECF No. 8), is GRANTED;

4. **The Sheriff of Lerdo Pre-Trial Facility or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

5. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Sheriff of Lerdo Pre-Trial Facility at, Attn: Inmate Trust Account, 17695 Industrial Farm Road, Bakersfield, CA 93308; and

6. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **March 13, 2018**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE